**Frank FOX v. UNITED STATES of America.**
**No. 501.**

Circuit Court of Appeals, Tenth Circuit.
June 24, 1931.

·W. L. Chapman, of Shawnee, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed June 24, 1931, on motion of appellant.

**Fred FREY, Appellant, v. UNITED STATES of America.**
**No. 9179.**

Circuit Court of Appeals, Eighth Circuit.
April 3, 1931.

.. J. R. Lones, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee under rule 16.

**GLEMBY COMPANY, Inc., Appellant, v. ATLAS SAMPLE CARD CO., Inc., Appellee.**
**No. 405.**

Circuit Court of Appeals, Second Circuit.
June 1, 1931.

Jacob Krisel, of New York City, for appellant.

Irwin M. Levy, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**GONG ARK LEE, Appellant, v. John D. NAGLE as Commissioner of Immigration for the Port of San Francisco, Cal., Appellee.**
**No. 6396.**

Circuit Court of Appeals, Ninth Circuit.
May 18, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.
. Pursuant to motion of counsel for appellant, and agreed to by counsel for appellee, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and· that the mandate of this court issue forthwith.